

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00552-CV

**IN RE** Jasmine **ELLIOT**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Lori I. Valenzuela,
Justice

On August 29, 2022, relator filed a petition for writ of mandamus and an emergency motion to stay. Relator's mandamus petition and emergency motion violate Texas Rule of Appellate Procedure 9.9 in that the appendix to relator's mandamus petition and the emergency motion include sensitive data, specifically the birth dates and names of people who were minors when the underlying suit was filed, and such data has not been redacted. *See* TEX. R. APP. P. 9.9. We therefore **ORDER** that relator's mandamus petition and emergency motion to stay are **STRICKEN**. We further **ORDER** relator to file an amended mandamus petition and emergency motion to stay in compliance with Texas Rule of Appellate Procedure 9.9 on or before **September 6, 2022.**

It is so **ORDERED** on August 30, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022-CI-05165, styled *In the Interest of K.J.E., A Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.